Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

| |
|---|
| SEAH STEEL CORPORATION,<br>Plaintiff<br>v.<br>UNITED STATES,<br>Defendant. |

**SUMMONS**
Court No. 26-04717

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

---

1. The plaintiff in this action is SeAH Steel Corporation, which is a foreign manufacturer and exporter of the merchandise that is the subject of the determination being contested. Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the 2023-2024 administrative review of Certain Oil Country Tubular Goods from the Republic of Korea. *See Certain Oil Country Tubular Goods From the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2023–2024*; 91 Fed. Reg. 60583 (Sept. 24, 2026).
(Brief description of contested determination)

3. The final results of the 2023-2024 administrative review of Certain Oil Country Tubular Goods from the Republic of Korea were set forth in a document signed on September 14, 2026. The notice was published in the *Federal Register* on September 24, 2026.
(Date of determination)

4. The final results of the 2023-2024 administrative review of Certain Oil Country Tubular Goods from the Republic of Korea were published in the *Federal Register* at 91 Fed. Reg. 60583 on September 24, 2026.
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Jeffrey M. Winton
WINTON & CHAPMAN PLLC
1100 13th Street, N.W., Suite 825
Washington, DC 20005
Telephone: (202) 774-5503
Email: jwinton@winton.law

Attorney for SeAH Steel Corporation

/s/Jeffrey M. Winton
Signature of Plaintiff's Attorney

October 23, 2026
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

((As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018, Oct. 1, 2025, eff. Oct. 1, 2025; ; Oct. 23, 2025, eff. Dec. 1, 2025.)

On behalf of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

On behalf of the U.S. Department of Commerce
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Pennsylvania Ave., NW
Washington, DC 20230

Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, DC 20230