FORM 13

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York, 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Jeffrey M. Winton on behalf of SeAH Steel Corporation, in the matter of SeAH Steel Corporation v. United States, Court No. 26-04717.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

SeAH Steel Corporation ("SeAH") is a publicly traded Korean corporation whose shares are listed on the Korean stock exchange. SeAH is a subsidiary of SeAH Steel Holdings Corporation, which is separately listed on the Korean stock exchange. There are no other publicly-traded companies that own a 10% or greater ownership interest in SeAH or in SeAH Steel Holdings. Both SeAH and SeAH Steel Holdings are members of the SeAH Steel Group, which is a loosely affiliated collection of manufacturing and transportation companies that share some common ownership. In addition to SeAH and SeAH Steel Holdings Corporation, the publicly traded members of the SeAH Steel Group are (1) SeAH Holdings Corporation and (2) SeAH Besteel Holdings Corp.

2. Indicate whether the party on whose behalf this Form is being filed is [**X**] or is not [ ] the real party in interest. If not, identify below the real party in interest.

Not Applicable

---

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not Applicable

---

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not Applicable

/s/ Jeffrey M. Winton
(Signature of Attorney)

October 23, 2026
(Date)

Winton & Chapman PLLC
1100 13th St. NW, Ste. 825
Washington D.C., 20005
(202) 774-5503
jwinton@winton.law

(As added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)