FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| SeAH Steel Corporation<br><br>Plaintiff,<br>v.<br>United States<br><br>Defendant. | Court No. 26-04717 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , SeAH Steel Corporation, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey M. Winton.

Date: October 23, 2026

/s/ Jeffrey M. Winton
Signature

Jeffrey M. Winton
Attorney

Winton & Chapman PLLC
Firm

1100 13th St. NW, Suite 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5503
Telephone Number

jwinton@winton.law
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| SeAH Steel Corporation<br><br>Plaintiff,<br>v.<br>United States<br><br>Defendant. | Court No. 26-04717 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , SeAH Steel Corporation, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey M. Winton.

Date: October 23, 2026

/s/ Michael J. Chapman
Signature

Michael J. Chapman
Attorney

Winton & Chapman PLLC
Firm

1100 13th St. NW, Suite 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5505
Telephone Number

mchapman@winton.law
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| SeAH Steel Corporation<br><br>Plaintiff,<br>v.<br>United States<br><br>Defendant. | Court No. 26-04717 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, SeAH Steel Corporation, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey M. Winton.

Date: October 23, 2026

/s/ Amrietha Nellan
Signature

Amrietha Nellan
Attorney

Winton & Chapman PLLC
Firm

1100 13th St. NW, Suite 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5506
Telephone Number

anellan@winton.law
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
| --- | --- | --- |
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| SeAH Steel Corporation<br><br>Plaintiff,<br>v.<br>United States<br><br>Defendant. | Court No. 26-04717 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , SeAH Steel Corporation, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey M. Winton.

Date: October 23, 2026

/s/ Vi N. Mai
Signature

Vi N. Mai
Attorney
Winton & Chapman PLLC
Firm
1100 13th St. NW, Suite 825
Street Address
Washington D.C. 20005
City, State and Zip Code
(202) 774-5504
Telephone Number
vmai@winton.law
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| SeAH Steel Corporation<br><br>Plaintiff,<br>v.<br>United States<br><br>Defendant. | Court No. 26-04717 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , SeAH Steel Corporation, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey M. Winton.

Date: October 23, 2026

/s/ Rachel Hauser
Signature

Rachel Hauser
Attorney

Winton & Chapman PLLC
Firm

1100 13th St. NW, Suite 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5510
Telephone Number

rhauser@winton.law
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)