Form 17-1

**FORM 17**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SeAH Steel Corporation<br><br>Plaintiff,<br><br>v.<br><br>United States<br><br>Defendant. | Court No. 26-04717 |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Jeffrey M. Winton ______________ certifies that

1. I am

☑ an attorney at the law firm of Winton & Chapman PLLC ______________; or an attorney in the corporate legal department of ______________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ______________.

2. I represent, or am retained by or on behalf of

☑ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:
______________.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Jeffrey M. Winton
Signature

Jeffrey M. Winton
Attorney or Consultant

Winton & Chapman PLLC
Firm

1100 13th St. NW Ste. 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5503
Telephone Number

jwinton@winton.law
E-mail Address

Date: October 23, 2026

Form 17-1

**FORM 17**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SeAH Steel Corporation<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-04717 |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Michael J. Chapman certifies that

1. I am

☑ an attorney at the law firm of Winton & Chapman PLLC; or an attorney in the corporate legal department of ________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by __________________________.

2. I represent, or am retained by or on behalf of

☑ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below: ________________________________________.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Michael J. Chapman
Signature
Michael J. Chapman
Attorney or Consultant
Winton & Chapman PLLC
Firm
1100 13th St. NW Ste. 825
Street Address
Washington D.C. 20005
City, State and Zip Code
(202) 774-5505
Telephone Number
mchapman@winton.law
E-mail Address

Date: October 23, 2026

Form 17-1

**FORM 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SeAH Steel Corporation<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-04717 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Amrietha Nellan ______________ certifies that

1. I am

☑ an attorney at the law firm of Winton & Chapman PLLC ______; or an attorney in the corporate legal department of ______________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ______________________.

2. I represent, or am retained by or on behalf of

☑ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:
______________________________________.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Amrietha Nellan
Signature

Amrietha Nellan
Attorney or Consultant

Winton & Chapman PLLC
Firm

1100 13th St. NW Ste. 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5506
Telephone Number

anellan@winton.law
E-mail Address

Date: October 23, 2026

Form 17-1

**FORM 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SeAH Steel Corporation<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-04717 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Vi Mai __________ certifies that

1. I am

☑ an attorney at the law firm of Winton & Chapman PLLC ________; or an attorney in the corporate legal department of __________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ________________.

2. I represent, or am retained by or on behalf of

☑ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:
____________________.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Vi N. Mai
Signature

Vi N. Mai
Attorney or Consultant

Winton & Chapman PLLC
Firm

1100 13th St. NW Ste. 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5504
Telephone Number

vmai@winton.law
E-mail Address

Date: October 23, 2026

**FORM 17**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SeAH Steel Corporation<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-04717 |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Rachel Hauser __________ certifies that

1. I am

☑ an attorney at the law firm of Winton & Chapman PLLC ________; or an attorney in the corporate legal department of __________, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐ a consultant employed by ____________________.

2. I represent, or am retained by or on behalf of

☑ a party to this action,

☐ an interested party that has filed a motion to intervene in this action, which is identified below:
____________________________.

3. I was

☑ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☑ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Rachel Hauser
Signature

Rachel Hauser
Attorney or Consultant

Winton & Chapman PLLC
Firm

1100 13th St. NW Ste. 825
Street Address

Washington D.C. 20005
City, State and Zip Code

(202) 774-5510
Telephone Number

rhauser@winton.law
E-mail Address

Date: October 23, 2026