# CERTIFICATE OF SERVICE

SEAH STEEL CORPORATION V. UNITED STATES
CIT COURT NO. 26-04717

I hereby certify that a copy of the Summons (Form 3), Information Statement (Form 5), Notice of Appearance (Form 11), Disclosure of Corporate Affiliations and Financial Interest (Form 13), and the Business Proprietary Information Certification (Form 17) are being served on this 23rd day of October 2026, by certified mail, return-receipt requested, on the following parties:

*On behalf of the United States*

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

*On behalf of the U.S. Department of Commerce*

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230
Email: GeneralCounsel@doc.gov

Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230
Email: john_mcinerney@ita.doc.gov

*On behalf of Axis Pipe and Tube, LLC, Borusan Pipe U.S., Inc., Vallourec Star L.P., and Welded Tube USA*

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001
Email: rschagrin@schagrinassociates.com

*On behalf of United States Steel Tubular Products, Inc.*

Thomas M. Beline, Esq.
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
tbeline@cassidylevy.com

*On behalf of Nexteel Co., Ltd.*

Jaehong David Park, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
david.park@apks.com

*On behalf of Hyundai Steel Company; Hyundai Steel Pipe Co., Ltd.; AJU Besteel Co., Ltd.; ILJIN Steel Corporation.*

Jarrod M. Goldfeder, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
jgoldfeder@tradepacificlaw.com

*On behalf of Husteel Co., Ltd.*

Brady W. Mills, Esq.
Taft Stettinius & Hollister LLP
1333 New Hampshire Ave, NW
Suite 800
Washington, DC 20036
Email: bmills@taftlaw.com

/s/ Jeffrey M. Winton
Jeffrey M. Winton